David L. Emerzian, # 222930
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
JAMES STEVEN PARADISO, BILL LIU dba CHINA
GARDEN RESTAURANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| CECIL SHAW, | Case No.  1:14-cv-00226-AWI-MJS |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO THE COMPLAINT; ORDER** |
| v. | |
| JAMES STEVEN PARADISO, BILL LIU dba CHINA GARDEN RESTAURANT, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that subject to Court approval, defendants, JAMES STEVEN PARADISO, and BILL LIU dba CHINA GARDEN RESTAURANT, shall have an extension of time to and including May 7, 2014, to respond to plaintiff CECIL SHAW's Complaint.

The Parties are engaging in meaningful settlement discussions and wish to have the opportunity to explore a resolution without incurring the fees necessary to respond to the complaint, or in unnecessarily using court resources.  This extension does not alter or affect any date or event already set by Court order, but exceeds the maximum 28 day extension permissible without leave of Court pursuant to Local Rules.

This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original, and all of which together shall constitute one in the

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2903178.1

same Stipulation.

Dated: April 10, 2014                    McCORMICK, BARSTOW, SHEPPARD,
                                               WAYTE & CARRUTH LLP


                                    By:  /s/ David L. Emerzian
                                            David L. Emerzian
                                         Attorneys for Defendants
                                    JAMES STEVEN PARADISO, BILL LIU
                                     dba CHINA GARDEN RESTAURANT

Dated: April 11, 2014                    MOORE LAW FIRM, P.C.


                                    By:  ___/s/ Tanya E. Moore
                                            Tanya E. Moore
                                         Attorneys for Plaintiff
                                            CECIL SHAW

### ORDER

    Pursuant to stipulation between the parties and good cause appearing, IT IS HEREBY ORDERED that defendants, JAMES STEVEN PARADISO, and BILL LIU dba CHINA GARDEN RESTAURANT, shall have an extension of time to and including May 7, 2014 to respond to plaintiff CECIL SHAW's Complaint.

IT IS SO ORDERED.


    Dated:   April 11, 2014              /s/ Michael J. Seng
                                             UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2903178.1                              2