David L. Emerzian, # 222930  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendants
JAMES STEVEN PARADISO, BILL LIU dba CHINA GARDEN RESTAURANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| CECIL SHAW,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES STEVEN PARADISO, BILL LIU dba CHINA GARDEN RESTAURANT,<br><br>          Defendants. | Case No.  1:14-cv-00226-AWI-MJS<br><br>**STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO THE COMPLAINT; ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that subject to Court approval, defendants, JAMES STEVEN PARADISO, and BILL LIU dba CHINA GARDEN RESTAURANT, shall have an extension of time to and including May 14, 2014, to respond to plaintiff CECIL SHAW's Complaint.

The Parties are engaging in meaningful settlement discussions and wish to have the opportunity to explore a resolution without incurring the fees necessary to respond to the complaint, or in unnecessarily using court resources.  This extension does not alter or affect any date or event already set by Court order, but exceeds the maximum 28 day extension permissible without leave of Court pursuant to Local Rules.

This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original, and all of which together shall constitute one in the

2928410.1

same Stipulation.

Dated: May 7, 2014                                    McCORMICK, BARSTOW, SHEPPARD,
                                                              WAYTE & CARRUTH LLP


                                                      By: /s/ David L. Emerzian
                                                              David L. Emerzian
                                                              Attorneys for Defendants
                                                      JAMES STEVEN PARADISO, BILL LIU
                                                       dba CHINA GARDEN RESTAURANT

Dated: May 7, 2014                                    MOORE LAW FIRM, P.C.


                                                      By:        /s/Tanya E. Moore
                                                              Tanya E. Moore
                                                              Attorneys for Plaintiff
                                                              CECIL SHAW

**ORDER**

Pursuant to stipulation between the parties and good cause appearing,

IT IS HEREBY ORDERED that defendants, JAMES STEVEN PARADISO, and BILL LIU dba CHINA GARDEN RESTAURANT, shall have an extension of time to and including May 14, 2014 to respond to plaintiff CECIL SHAW's Complaint.

IT IS SO ORDERED.

Dated:   May 12, 2014                                 /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501