Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>   vs.<br><br>JAMES STEVEN PARADISO; BILL LIU dba CHINA GARDEN RESTAURANT;<br><br>    Defendants. | No. 1:14-cv-00226-AWI-MJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 1, 2014                                   MOORE LAW FIRM, P.C.


                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorneys for Plaintiff
                                                     Cecil Shaw

1 **<u>ORDER</u>**

2     Good cause appearing,

3     IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

6 IT IS SO ORDERED.

7 Dated: July 1, 2014

8                                     SENIOR DISTRICT JUDGE